IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBERT UPTON,

    Petitioner,

v.                                            No. CV 19-482 CG

STANLEY MOYA, et al.,

    Respondents.

## ORDER GRANTING LEAVE TO PROCEED UNDER 28 U.S.C. § 1915 AND DIRECTING SERVICE

**THIS MATTER** is before the Court on Petitioner's *Application to Proceed in District Court Without Prepaying Fees or Costs*, (Doc. 2), filed May 24, 2019. The Court, having reviewed the Application, finds it is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Petitioner's *Application to Proceed in District Court Without Prepaying Fees or Costs*, (Doc. 2), is **GRANTED**, and Petitioner may proceed without prepayment of costs or other fees or the necessity of giving security therefor.

**IT IS FURTHER ORDERED** that the United States Marshal shall serve a copy of the Summons and Complaint on the United States Attorney, the Attorney General, and the Office Of the General Counsel, in accordance with Fed. R. Civ. P. 4(c)(3).

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE