# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ROBERT UPTON,

      Plaintiff,

v.                                                                                                     CV No. 19-482 CG

ANDREW SAUL,
Commissioner of the
Social Security Administration

      Defendant

## ORDER GRANTING PLAINTIFF'S STIPULATED MOTION FOR AN EXTENSION OF TIME TO FILE MOTION TO REMAND

**THIS MATTER** is before the Court on Plaintiff Robert Upton's *Unopposed Motion for an Extension of Time to File Motion to Reverse and/or Remand* (the "Motion"), (Doc.16), filed October 21, 2019. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff shall have until November 21, 2019, to file his Motion to Reverse and/or Remand; Defendant shall have until January 20, 2020, to file a Response; and Plaintiff may file his Reply no later than February 6, 2020.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE