# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ROBERT UPTON,
    Plaintiff,

v.                                                                                                    CV No. 19-482 CG

ANDREW SAUL,
Commissioner of the Social
Security Administration,
    Defendant.

## ORDER GRANTING MOTION FOR EXTENSION

**THIS MATTER** is before the Court on *Defendant's First Unopposed Motion for an Extension of Time*, (Doc. 21), filed January 16, 2020. The Court, having reviewed the motion and noting it is unopposed, finds the motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant shall have until February 20, 2020, to file a response, and Plaintiff shall have until March 5, 2020, to file a reply.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE