# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ROBERT UPTON,

    Plaintiff,

v.                                                                    CV No. 19-482 CG

ANDREW SAUL, Commissioner of the
Social Security Administration

    Defendant.

## ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW NOTICE OF SUPPLEMENTAL AUTHORITY

**THIS MATTER** is before the Court on Plaintiff's *Unopposed Motion to Withdraw Doc. 23 (Notice of Supplemental Authority)* (the "Motion"), (Doc. 27), filed February 1, 2020. In his Motion, Plaintiff explains he "wishes to withdraw the erroneously filed Notice of Supplemental Authority." (Doc. 27 at 1). The Court, having reviewed the Motion and noting it is unopposed, finds the motion is well-taken and shall be **GRANTED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE