# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ROBERT UPTON,
      Plaintiff,

v.                                                                                CV No. 19-482 CG

ANDREW SAUL,
Commissioner of the Social
Security Administration,
      Defendant.

## ORDER EXTENDING BRIEFING DEADLINES

**THIS MATTER** is before the Court on Plaintiff's *First Motion for Leave to File Amended Motion to Reverse and/or Remand* (the "Motion to Amend"), (Doc. 26), filed January 31, 2020. In Plaintiff's Motion to Amend, he requests leave to amend his Motion to Remand, (Doc. 19). Defendant Commissioner opposes Plaintiff's Motion. (Doc. 30). Defendant Commissioner's Response to Plaintiff's Motion to Remand is currently due February 20, 2020, several days before the Motion to Amend will be fully briefed or adjudicated.

      **IT IS THEREFORE ORDERED** that Defendant shall file his Response to Plaintiff's Motion to Remand no later than **fourteen days** after the Court enters an Order on Plaintiff's Motion to Amend, (Doc. 26). Plaintiff's Reply in support of his Motion to Remand shall be due within fourteen days of Defendant's Response.

      **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE