IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBERT UPTON,
    Plaintiff,

v.                                                           CV No. 19-482 CG

ANDREW SAUL,
Commissioner of the Social
Security Administration,
    Defendant.

## FINAL JUDGMENT

**THE COURT**, having issued the *Memorandum Opinion and Order*, (Doc. 40), enters this Judgment in compliance with Rule 58 of the Federal Rules of Civil Procedure. Plaintiff's *Amended Motion to Reverse and/or Remand* (the "Motion"), (Doc. 36), shall be **GRANTED** and this case shall be **REMANDED** to the Commissioner for further proceedings consistent with this opinion.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE